United States District Court
Eastern District of New York

1:19-cv-00249-FB-ST

Ronnie Elliott individually and on behalf of all
others similarly situated

Plaintiff

- against -

Notice of Voluntary Dismissal
with Prejudice

Food For Life Baking Co., Inc.

Defendant

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P.

41(a)(1)(A)(i).

Dated:   April 11, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
EDNY Bar Number SS-8533
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

1:19-cv-00249-FB-ST
United States District Court
Eastern District of New York

Ronnie Elliott individually and on behalf of all others similarly situated

Plaintiff

- against -

Food For Life Baking Co., Inc.

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  April 11, 2019

/s/ Spencer Sheehan
Spencer Sheehan